```
                                    FILED
                            CLERK, U.S. DISTRICT COURT

                                  May 24, 2016

                            CENTRAL DISTRICT OF CALIFORNIA
                            BY:      PMC      DEPUTY
```

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERRAGIO, LTD. | ) Case No. 2:15-cv-09280 SVW (KSx) |
| Plaintiff, | ) **CONSENT JUDGMENT AND** |
| | ) **PERMANENT INJUNCTION** |
| v. | ) **AGAINST JEULIA** |
| JEULIA | ) |
| Defendants. | ) |

Plaintiff Verragio, Ltd. ("Verragio"), and Defendant Jeulia ("Jeulia") agree to the entry of this Consent Judgment and Permanent Injunction against Jeulia.

Therefore, it is hereby ORDERED, ADJUDGED and DECREED as follows:

1. This case is a civil action arising under the Copyright Act, 17 U.S.C. §§ 101, *et seq*. This Court has jurisdiction over these claims under 17 U.S.C. § 501, and 28 U.S.C. §§ 1331 and 1338(a).

2. Venue is proper in this Court pursuant to 28 U.S.C. §§ 1391(b) and 1400(a).

3. Verragio is a New York corporation with its principal place of business at 330 Fifth Avenue, 5th Floor, New York, NY 10001.

4. Jeulia has its principal place of business in China.

5. At all relevant times, Verragio complied in all respects with the Copyright Acts, 17 U.S.C. § 101, *et seq.*, and secured the exclusive rights and privileges in and to

the copyrights of Insignia-7055 (VA 1-824,673), Insignia-7064R (VA 1-818-615), and ENG-0421R-2T (VA 1-834-673) (collectively the "Verragio Copyrights"). Copies of the Certificates of Registration from the Register of Copyrights for the Verragio Copyrights, as well as the deposit copies of the Verragio Copyrights, are attached to this Consent Judgment as Exhibit A.

6. The Verragio Copyrights are valid, strong and enforceable.

7. Judgment shall be entered in favor of Verragio and against Jeulia, in the amount of $20,000.

8. Jeulia and Jeulia's officers, directors, employees, representatives, agents, successors-in-interest, parent corporations, subsidiary corporations, affiliated companies, and all other persons, firms or entities acting in concert or participating with them, are hereby permanently enjoined from:

    a. Imitating, copying or making unauthorized use of, or engaging in any unauthorized distribution of products protected by the Verragio Copyrights;

    b. Selling, distributing, advertising, manufacturing or purchasing the Jeulia ring styles attached to this Consent Judgment as Exhibit B (collectively, the "Jeulia Rings") or any rings substantially similar to the Jeulia Rings; and

    c. Assisting, aiding or abetting any other person or business entity in engaging in or performing any of the activities referred to in subparagraphs 7(a) through 7(b) above.

9. Within thirty days of the date of this Order, Jeulia shall destroy all of the Jeulia Rings in its possession.

///
///
///
///
///
///

10. The parties waive notice of entry of this Consent Judgment and Permanent Injunction and the right to appeal therefrom or to test its validity and consent to its immediate entry in accordance with its terms. This Court expressly retains jurisdiction over this matter to enforce, implement or construe this Consent Judgment and Permanent Injunction.

DATED: May 19, 2016                    Tucker Ellis LLP

By: /s/Howard A. Kroll
Howard A. Kroll
Attorneys for Plaintiff
VERRAGIO, LTD.

DATED: May 18, 2016                    Jeulia    Jeulia
                                                  Operation Manager
                                       By: Richard Zhar

SO ORDERED.

DATED: May 24, 2016
                                       *[signature]*
                                       STEPHEN V. WILSON
                                       United States District Judge

1145191.3

# EXHIBIT A

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**VA 1-824-673**

Effective date of registration:

March 28, 2012

---

## Title
**Title of Work:** INS-7055

## Completion/Publication
**Year of Completion:** 2010
**Date of 1st Publication:** February 1, 2010     **Nation of 1st Publication:** United States

## Author
- **Author:** Barry Nisguretsky
  **Author Created:** jewelry design
  **Citizen of:** United States     **Domiciled in:** United States

## Copyright claimant
**Copyright Claimant:** Barry Nisguretsky
132 west 36th street, 8th floor, New York, NY, 10018, United States

## Certification
**Name:** Barry Nisguretsky
**Date:** March 28, 2012

Page 1 of 1



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**VA 1-818-615**

Effective date of registration:

April 3, 2012

---

**Title**
    Title of Work: INS-7064R

**Completion/Publication**
    Year of Completion: 2010
    Date of 1st Publication: February 1, 2010     Nation of 1st Publication: United States

**Author**
    Author: Barry Nisguretsky
    Author Created: jewelry design

    Citizen of: United States     Domiciled in: United States

**Copyright claimant**
    Copyright Claimant: Barry Nisguretsky
    132 west 36th street, 8th floor, New York, NY, 10018, United States

**Certification**
    Name: Barry Nisguretsky
    Date: April 3, 2012

Page 1 of 1

Exhibit A
Page 6



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

VA 1-853-956

**Effective date of registration:**

January 28, 2013

## Title
**Title of Work:** ENG-0421R-2T

## Completion/Publication
**Year of Completion:** 2013
**Date of 1st Publication:** January 1, 2013       **Nation of 1st Publication:** United States

## Author
- **Author:** Barry Nisguretsky
  **Author Created:** jewelry design
  **Citizen of:** United States       **Domiciled in:** United States

## Copyright claimant
**Copyright Claimant:** Barry Nisguretsky
132 west 36th street, 8th floor, New York, NY, 10018

## Certification
**Name:** Barry Nisguretsky
**Date:** January 28, 2013

Page 1 of 1

Exhibit A
Page 8



Exhibit A
Page 9

# EXHIBIT B







# CERTIFICATE OF SERVICE

I certify that on May 19, 2016, a true and correct copy of the foregoing was filed with the Court and served electronically. The Notice of Electronic Case Filing automatically generated by the system and sent to all parties entitled to service under the Federal Rules of Civil Procedure and the Local Rules of the Central District of California who have consented to electronic service shall constitute service of the filed document to all such parties.

I further certify that the Defendant Jeulia was served by e-mail as follows:

richard@jeulia.com; leon@jeulia.com; ip@Jeulia.com; 1182048794@qq.com

I declare that I am employed by a member of the bar of this Court, at whose direction this service was made.

Executed on May 19, 2016 at Los Angeles, California.

Susan Lovelace

1102615.1